ORIGINAL
CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2011 FEB 14 PM 2: 29

DEPUTY CLERK _____

# United States District Court
## Northern District of Texas
## At Amarillo

---

Crim. No. 2:08-cr-62-J-BB-1
Civil No.

---

# UNITED STATES OF AMERICA,

*Plaintiff-Respondent,*

vs.

# JOSEPH WOLFE,

*Defendant-Movant.*

---

### THE  HONORABLE MARY LOU ROBINSON
### UNITED STATES DISTRICT JUDGE

---

## MEMORANDUM IN SUPPORT OF
## MOTION TO VACATE SENTENCE
## PURSUANT TO 28 U.S.C. § 2255

---

JOSEPH WOLFE
37730-177
P.O. Box 6000
Florence, CO  81226

## TABLE OF CONTENTS

Page:

Table of Contents.................................................................................. ii

Table of Authorities ............................................................................. iv

Memorandum in Support of Section 2255 Motion................................ 1

Statement of Facts................................................................................ 1

Issues Presented ................................................................................... 2

Argument:

1.)   THE CONVICTION AND/OR SENTENCE OF MR. WOLFE
      IS VIOLATIVE OF HIS SIXTH AMENDMENT RIGHT TO
      EFFECTIVE ASSISTANCE OF COUNSEL........................................... 6

1A.)  The Performance Of Counsel For Mr. Wolfe Fell Below An
      Objective Standard Of Reasonableness During The Pretrial,
      Plea, Trial, Sentencing And Direct Appeal Process ................................ 6

1B1.) Mr. Wolfe Was Prejudiced By The Objectively Unreasonable
      Performance Of Counsel During The Plea, Trial, And
      Sentencing Process When Counsel Failed To Advise Him To
      Proceed To A Bench Trial On Stipulated Facts ..................................... 17

1B2.) Mr. Wolfe Was Prejudiced By The Cumulative Impact Of
      Multiple Deficiencies Or Errors By Counsel During The
      Pretrial, Plea, Trial, Sentencing And Direct Appeal Process.................. 28

2.)   MR. WOLFE'S PLEA OF NOT GUILTY, CONVICTION
      AND SENTENCE ARE VIOLATIVE OF THE SIXTH
      AMENDMENT................................................................................. 30

2A.)  Mr. Wolfe's Plea Was Not A Voluntary And Intelligent Choice
      Among The Alternative Courses Of Action Open To Him
      Because The Performance Of His Counsel Fell Below An
      Objective Standard Of Reasonableness During The Plea
      Process ....................................................................................... 31

**2B.)   Mr. Wolfe Was Prejudiced By The Objectively Unreasonable Performance of Counsel During The Plea Process Because, Absent The Constitutionally Deficient Performance, There Is A Reasonable Probability He Would Have Pleaded Guilty Or Nolo Contendere Instead Of Proceeding To Trial** .................................. 38

**3.)    MR. WOLFE WAS DENIED DUE PROCESS OF LAW IN THE TRIAL PROCESS, WHEN THE GOVERNMENT WITHHELD EVIDENCE RELATING TO AGENT REESE WHICH WAS FAVORABLE TO MR. WOLFE** .................................... 49

**4.)    AN EVIDENTIARY HEARING IS NECESSARY AND WOULD BE USEFUL TO THIS COURT** ............................................ 53

Conclusion ........................................................................................ 56

Certificate of Filing ........................................................................ 57

Verification of Exhibits .................................................................. 58

**Appendix:**

     Presentence Report ............................................................................ A

     Judgment and Commitment Order .................................................... B

     District Court Docket Sheets ............................................................ C

     5-26-10 AUSA Letter re DEA SA Reese ......................................... D

     *United States v. Joseph Wolfe,*
     2009 U.S. Dist. LEXIS 9117 (ND TX 1-30-09) ............................... E

     *United States v. Joseph Wolfe,*
     2009 U.S. Dist. LEXIS 9106 (ND TX 2-9-09) ................................. F

     *United States v. Joseph Wolfe,*
     370 Fed. Appx. 549; 2010 U.S. App. LEXIS 6142 (5th Cir. 3-25-10) .......... G

## TABLE OF AUTHORITIES

**Cases**

*Agan v. Dugger,*

    *835 F.2d 1337, 1338 (11th Cir.1987)* ............................................................... 53

*Anderson v. Johnson,*

    *338 F.3d 382; 2003 U.S. App. LEXIS 13778 (5th Cir. 2003)* .................................... 15

*Auman v. United States,*

    *67 F.3d 157 (8th Cir. 1995)* ....................................................................... 20

*Ballard v. United States,*

    *400 F.3d 404; 2005 U.S. App. LEXIS 4002 (6th Cir. 2005)* ..................................... 22

*Ballinger v. Kerby,*

    *3 F.3d 1371 (10th Cir. 1993)* ............................................................... 49, 52

*Banks v. Dretke,*

    *540 U.S. 668; 124 S. Ct. 1256; 157 L. Ed. 2d 1166;*

    *2004 U.S. LEXIS 1621 (2004)* ....................................................................... 49

*Betancourt v. Willis,*

    *814 F.2d 1546 (11th Cir. 1987)* ...................................................................... 30

*Brady v. Maryland,*

    *373 U.S. 83, 10 L. Ed. 2d 215,*

    *83 S. Ct. 1194 (1963)* ............................................................... 49, 52

*Brown v. Myers,*

    *137 F.3d 1154 (9th Cir. 1998)* ........................................................................ 9

*Bruce v. United States,*

    *256 F.3d 592; 2001 U.S. App. LEXIS 15054 (7th Cir. 2001)* .............................. 9, 10

*Buckley v. Fitzsimmons,*

   *509 U.S. 259; 113 S. Ct. 2606; 125 L. Ed. 2d 209;*

   *1993 U.S. LEXIS 4400 (1993)* ......................................................................... 49

*Buenoano v. Singletary,*

   *963 F.2d 1433; 1992 U.S. App. LEXIS 12462 (11th Cir. 1992)* ............................... 53

*Burley v. Cabana,*

   *818 F.2d 414 (5th Cir. 1987)* ........................................................................... 22

*Canada v. Blain's Helicopters, Inc.,*

   *831 F.2d 920, 925 (9th Cir. 1987)* ...................................................................... 2

*Chizen v. Hunter,*

   *809 F.2d 560 (9th Cir. 1986)* ............................................................................ 39

*Ciak v. United States,*

   *59 F.3d 296, 306-07 (2nd Cir. 1995)* ............................................................. 53, 55

*East v. Scott,*

   *55 F.3d 996 (5th Cir. 1995)* ........................................................................ 49, 52

*Ellison v. United States,*

   *324 F.2d 710; 1963 U.S. App. LEXIS 3595 (10th Cir. 1963)* ................................. 53

*Enriquez v. Procunier,*

   *752 F.2d 111, 115; 1984 U.S. App. LEXIS 15667 **10-11 (5th Cir. 1984)* ............... 2

*Finch v. Vaughn,*

   *67 F.3d 909, 916 (11th Cir. 1995)* ................................................................ 31, 32

*Foster v. Lockhart,*

   *9 F.3d 722 (8th Cir. 1993)* .............................................................................. 9

*Golden v. United States,*

    *35 F. Supp. 2d 664; 1999 U.S. Dist. LEXIS 6087*

    *(ND IN 1999)* .................................................................................. 39

*Griffin v. United States,*

    *330 F.3d 733 (6th Cir. 2003)* ................................................. 4, 45, 46

*Griffin v. United States,*

    *330 F.3d 733, 737 (6th Cir 2003)* ................................................ 40, 41

*Guy v. Cockrell,*

    *343 F.3d 348; 2003 U.S. App. LEXIS 16632*

    *(5th Cir. 2003)* ................................................................. 5, 53, 55

*Hal Roach Studios, Inc. v. Richard Feiner & Co.,*

    *896 F.2d 1542, 1551; 1989 U.S. App. LEXIS 20709 **25-26 (9th Cir. 1989)* ........................... 2

*Harris By and Through Ramseyer v. Blodgett,*

    *853 F.Supp. 1239 (W.D. Wash. 1994)* ................................................ 28

*Harris v. Reed,*

    *894 F.2d 871 (7th Cir. 1990)* ...................................................... 10

*Harris v. Wood,*

    *64 F.3d 1432 (9th Cir. 1995)* .................................................... 4, 28

*Hill v. Lockhart,*

    *877 F.2d 698 (8th Cir.), affirmed,*

    *894 F.2d 1009 (1990)(en banc)* ................................................. 30, 31

*Holmes v. United States,*

    *876 F.2d 1545 (11th Cir. 1989)* .................................................... 39

*Houston v. Lack,*

   487 U.S. 266, 276 (1988) ............................................................... 57, 4

*Iaea v. Sunn,*

   800 F.2d 861 (9th Cir. 1986) .................................................. 30, 32, 39

*Ingrao v. United States,*

   1997 U.S. Dist. LEXIS 14407 (S.D.N.Y. 1997)............................... 34, 40

*Jackson v. Calderon,*

   2000 U.S. App. LEXIS 9049 (9th Cir. 5-8-2000)............................. 15, 20

*Jacobs v. Singletary,*

   952 F.2d 1282 (11th Cir. 1992)................................................... 49, 52

*Jiles v. United States,*

   2003 U.S. App. LEXIS 17091 (7th Cir. 8-18-03)................................. 30

*Johnson v. Bell,*

   2001 U.S. Dist. LEXIS 25420 **167 (WD TN 2001)................................. 2

*Johnson v. Duckworth,*

   793 F.2d 898, 902 [n. 3] (7th Cir. 1986) ........................................... 39

*Johnson v. Newland,*

   1999 U.S. Dist. LEXIS 427 (ND Cal. 1-15-99) ................................... 28

*Johnson v. Scott,*

   68 F.3d 106, 109-10 (5th Cir. 1995)................................................. 18

*Killian v. Poole,*

   282 F.3d 1204; 2002 U.S. App. LEXIS 3887 (9th Cir. 2001) ................. 28

*Kimmelman v. Morrison*,

    477 U.S. 365, 385-387, 91 L.Ed.2d 305,

    106 S.Ct. 2574 (1986) ................................................................. *passim*

*Koch v. Puckett*,

    907 F.2d 524, 530 (5th Cir. 1990) ............................................................ 2

*Lalani v. United States*,

    2009 U.S. App. LEXIS 3847 (11th Cir. 2-26-09) .................................. 47

*Leka v. Portuondo*,

    257 F.3d 89; 2001 U.S. App. LEXIS 15567 (2nd Cir. 2001) ............. 49, 52

*Lewandowski v. Makel*,

    949 F.2d 884, 887 (6th Cir. 1991) ...................................................... 31, 32

*Lewis v. Dretke*,

    355 F.3d 364; 2003 U.S. App. LEXIS 26156 (5th Cir. 2003) ............... 19

*Lindhorst v. United States*,

    585 F.2d 361 (8th Cir.1978) ................................................................. 11

*Lockhart v. Fretwell*,

    506 U.S. 364, 373-375, 122 L.Ed.2d 180,

    113 S.Ct. 838 (1993) ...................................................... 18, 19, 20

*Magana v. Hofbauer*,

    263 F.3d 542 (6th Cir. 2001) ............................................................. 32

*Mak v. Blodgett*,

    970 F.2d 614; 1992 U.S. App. LEXIS 15964 (9th Cir. 1992) ............... 28

*Mask v. McGinnis,*

   *28 F. Supp. 2d 122;*

   *1998 U.S. Dist. LEXIS 17497 (S.D.N.Y. 1998)* ............................................... 33, 40

*Mathews v. Abramajtys,*

   *2000 U.S. Dist. LEXIS 4635 (E.D. Mich. 4-11-00)* ............................................... 28

*Mathews v. Abramajtys,*

   *2003 U.S. App. LEXIS 2187; 2003 FED App. 0045P (6th Cir. 2003)* ....................................... 28

*Mayo v. Henderson,*

   *13 F.3d 528 (2nd Cir. 1994)* ................................................................. 19

*Mays v. Gibson,*

   *2000 U.S. App. LEXIS 8858 (10th Cir. 2000)* ............................................... 15, 20

*McDowell v. Dixon,*

   *858 F.2d 945 (4th Cir. 1988)* ............................................................. 49, 52

*McKee v. United States,*

   *167 F.3d 103; 1999 U.S. App. LEXIS 1390 (2nd Cir. 1999)* ....................................... 19

*Moffet v. Kolb,*

   *930 F.2d 1156 (7th Cir. 1991)* ................................................................. 10

*Murray v. Carrier,*

   *477 U.S. 478, 91 L.Ed.2d 397,*

   *106 S.Ct. 2639 (1986)* ............................................................................ 8

*Nichols v. United States,*

   *75 F.3d 1137, 1145-46 (7th Cir. 1996)* ..................................................... 53, 55

*Osborn v. Shillinger,*

  *861 F.2d 612 (10th Cir. 1988)* ................................................................ 19

*Ostrander v. Green,*

  *46 F.3d 347 (4th Cir. 1995)* ...................................................... 30, 38

*Paprocki v. Foltz,*

  *869 F.2d 281, 287 (6th Cir. 1989)* ............................................ 53

*Paters v. United States,*

  *159 F.3d 1043 (7th Cir. 1998)* .................................................. 33, 38, 39, 41

*Paters v. United States,*

  *159 F.3d 1043; 1998 U.S. App. LEXIS 27932 \*12-13*

  *(7th Cir. 1998)* ................................................................ 39

*Pitcher v. United States,*

  *371 F. Supp. 2d 246; 2005 U.S. Dist. LEXIS 10314 (SD NY 2005)* ..................... 31, 33, 45

*Porter v. McCollum,*

  *___ U.S. ___; 130 S. Ct. 447;*

  *2009 U.S. LEXIS 8377 (11-30-09)* ..................................................... 17

*Prou v. United States,*

  *199 F.3d 37; 1999 U.S. App. LEXIS 32827 (1st Cir. 1999)* ................... 19

*Risher v. United States,*

  *992 F.2d 982 (9th Cir. 1993)* ......................................................... 30, 32

*Rompilla v. Beard,*

  *___ U.S. ___, 125 S. Ct. 2456; 162 L. Ed. 2d 360;*

  *2005 U.S. LEXIS 4846 (2005)* ........................................................... 7, 9

*Shushansky v. United States,*

 *1994 U.S. Dist. LEXIS 18589 (ED NY 1994)* ..................................................... 22

*Slevin v. United States,*

 *1999 U.S. Dist. LEXIS 11430 (S.D.N.Y. 7-15-99)* ........................................... 34, 40

*Smith v. McCormick,*

 *914 F.2d 1153 (9th Cir. 1990)* ........................................................................... 11

*Smith v. Stewart,*

 *140 F.3d 1263 (9th Cir.), cert. denied,*

 *525 U.S. 929 (1998)* ............................................................................................ 9

*Smith v. United States,*

 *2003 U.S. App. LEXIS 22558 (6th Cir. 11-3-03)* ........................................... 40, 41

*Smith v. United States,*

 *348 F.3d 545; 2003 U.S. App. LEXIS 22558 (6th Cir. 2003)* ........................... 33, 40

*Smith v. United States,*

 *871 F.Supp. 251 (E.D. Va. 1994)* .................................................................. 15, 19

*Soffar v. Dretke,*

 *368 F.3d 441, 478-480; 2004 U.S. App. LEXIS 7793 **106-111 (5th Cir. 2004)* ................... 18

*Strickland v. Washington,*

 *466 U.S. 668, 80 L.Ed.2d 674,*

 *104 S.Ct. 2052 (1984)* ................................................................................. passim

*Strickler v. Greene,*

 *527 U.S. 263, 119 S. Ct. 1936,*

 *144 L. Ed. 2d 286 (1999)* ......................................................................... 5, 49, 52

*Tejada v. Dugger,*

  *941 F.2d 1551, 1559 (11ᵗʰ Cir.1991)* ...................................................................... 53

*Turner v. State of Tennessee,*

  *664 F.Supp. 1113 (M.D. Tenn. 1986),*

  *affirmed 858 F.2d 1201 (6th Cir.),*

  *vacated on other grounds, 492 U.S. 902,*

  *109 S.Ct. 3208, 106 L.Ed.2d 559*

  *(1989),*

  *remanded, 883 F.2d 38 (6th Cir.),*

  *reinstated as modified, 726 F.Supp. 1113,*

  *affirmed as modified, 940 F.2d 1000 (6th Cir.),*

  *cert. denied, U.S. 112 S.Ct. 915,*

  *116 L.Ed.2d 815 (1992)* ....................................................... 30, 33, 38, 41

*Tyler v. United States,*

  *1999 U.S. App. LEXIS 13621 (6ᵗʰ Cir. 1999)* ....................................... 31, 33, 40, 41

*United States ex rel. Caruso v. Zelinsky,*

  *689 F.2d 438 (3ʳᵈ Cir. 1982)* ....................................................................... 40

*United States v. Acklen,*

  *47 F.3d 739 (5th Cir. 1995)* ................................................................... 10, 20

*United States v. Al King Jones,*

  *2001 U.S. Dist. LEXIS 1740 (E.D. LA 2-9-01)* ................................................... 8, 15

*United States v. Alaniz,*

  *351 F.3d 365; 2003 U.S. App. LEXIS 24729 (8ᵗʰ Cir. 2003)* .................................. 21

*United States v. Alexander,*

    *2006 U.S. App. LEXIS 5602 (DC Cir. 3-2-06)* .......................................................... *8*

*United States v. Alferahin,*

    *2006 U.S. App. LEXIS 575 (9th Cir. 2006)* ............................................................. *9*

*United States v. Ali,*

    *186 F.3d 1; 1999 U.S. App. LEXIS 17734 (1st Cir. 1999)* ......................................... *31, 32, 40*

*United States v. Booth,*

    *2005 U.S. App. LEXIS 28896 (3rd Cir. 12-29-05)* ........................................................ *22, 33*

*United States v. Booth,*

    *432 F.3d 542; 2005 U.S. App. LEXIS 28896 (3rd Cir. 2005)* ...................................... *32, 37, 40*

*United States v. Boyd,*

    *55 F.3d 239 (7th Cir. 1995)* ................................................................................ *49, 52*

*United States v. Brannon,*

    *2002 U.S. App. LEXIS 20969 (4th Cir. 10-7-02)* ...................................................... *41*

*United States v. Breckenridge,*

    *93 F.3d 132 (4th Cir. 1996)* ............................................................................... *20*

*United States v. Briggs,*

    *939 F.2d 222 (5th Cir. 1991)* .............................................................................. *11*

*United States v. Brown,*

    *316 F.3d 1151; 2003 U.S. App. LEXIS 962 (10th Cir. 2003)* .................................... *21*

*United States v. Burrows,*

    *872 F.2d 915 (9th Cir. 1989)* .............................................................................. *10, 11*

*United States v. Castro,*

   *26 F.3d 557; 1994 U.S. App. LEXIS 16934 (5th Cir. 1994)* .................................................. 22

*United States v. Dawson,*

   *857 F.2d 923 (3rd Cir. 1988)* ................................................................................. *1, 10*

*United States v. De La Fuente,*

   *8 F.3d 1333 (9th Cir. 1993)* .................................................................................. 21

*United States v. Dimas,*

   *3 F.3d 1015 (7th Cir. 1993)* ............................................................................. *49, 52*

*United States v. Donn,*

   *661 F.2d 820; 1981 U.S. App. LEXIS 15876 (9th Cir. 1981)* .................................................. 22

*United States v. Estes,*

   *1998 U.S. App. LEXIS 31866 (9th Cir. 12-17-98)* ................................................................ 27

*United States v. Estrada,*

   *849 F.2d 1304 (1st Cir. 1988)* ................................................................................ 11

*United States v. Fisher,*

   *38 F.3d 1144, 1147 (10th Cir. 1994)* ........................................................................ *1*

*United States v. Ford,*

   *918 F.2d 1343, 1350 (8th Cir. 1990)* ...................................................................... 21

*United States v. Foster,*

   *988 F.2d 206, 210 (D.C. Cir. 1993)* ........................................................................ 15

*United States v. Garrett,*

   *90 F.3d 210; 1996 U.S. App. LEXIS 17621 (7th Cir. 1996)* ............................................... *3, 27*

*United States v. Gaviria,*

    *116 F.3d 1498 (D.C. Cir. 1997)* .................................................................. 32, 34

*United States v. Gil,*

    *297 F.3d 93; 2002 U.S. App. LEXIS 14397 (1st Cir. 2002)* ............................ 49, 52

*United States v. Gonzalez,*

    *98 Fed. Appx. 825; 2004 U.S. App. LEXIS 10946 (10th Cir. 2004)* ........................ 53

*United States v. Gordon,*

    *156 F.3d 376, 379 (2nd Cir. 1998)* .................................................... 4, 30, 33, 40

*United States v. Grammas,*

    *376 F.3d 433; 2004 U.S. App. LEXIS 13686 (5th Cir. 2004)* ........................ passim

*United States v. Gray,*

    *63 F.3d 57 (1st Cir. 1995)* .................................................................. 32, 38

*United States v. Grist,*

    *1998 U.S. App. LEXIS 20199;*

    *1998 Colo. J. C.A.R. 4384 (10th Cir. 1998)* .................................................... 53, 55

*United States v. Guerra,*

    *1996 U.S. App. LEXIS 24982 (5th Cir. 9-25-96)* .................................................... 31

*United States v. Hanna,*

    *55 F.3d 1456 (9th Cir. 1995)* .................................................................. 49, 52

*United States v. Hayes,*

    *2005 U.S. Dist. LEXIS 18309 (ED LA 8-24-05)* .................................................... 22

*United States v. Headley,*

    *923 F.2d 1079 (3rd Cir. 1991)* .................................................................. 9, 10, 20

*United States v. Hearst,*

    *638 F.2d 1190, 1194 (9th Cir. 1980)* ................................................................. *1*

*United States v. Herrera,*

    *412 F.3d 577; 2005 U.S. App. LEXIS 11061 (5th Cir. 6-10-05)*............................. 32

*United States v. Holder,*

    *410 F.3d 651; 2005 U.S. App. LEXIS 10380 (10th Cir. 2005)* ...........................9, 11

*United States v. Holguin-Herrera,*

    *412 F.3d 577; 2005 U.S. App. LEXIS 11061 (5th Cir. 2005)* ...........................**31, 33**

*United States v. Horey,*

    *333 F.3d 1185; 2003 U.S. App. LEXIS 12732*

    *(10th Cir. 2003)* ................................................................................................ 20

*United States v. Hurtado,*

    *2003 U.S. App. LEXIS 7894 (2nd Cir. 4-24-03)*.................................................. 34

*United States v. Hylton,*

    *2002 U.S. App. LEXIS 12818 (DC Cir. 6-28-02)* .................................................. *9*

*United States v. Jolley,*

    *2007 U.S. App. LEXIS 25334 (5th Cir. 2007)* ................................................**32**

*United States v. Kelly,*

    *35 F.3d 929 (4th Cir. 1994)* ......................................................................**49, 52**

*United States v. Kiszewski,*

    *877 F.2d 210 (2nd Cir. 1989)*...................................................................**49, 52**

*United States v. Knight,*

    *266 F.3d 203, 208 (3rd Cir. 2001)* .................................................................*21*

*United States v. LaPage,*

   *231 F.3d 488; 2000 U.S. App. LEXIS 27335 (9th Cir. 2000)* ............................................ *49, 52*

*United States v. Lopez,*

   *2007 U.S. App. LEXIS 25225 (9th Cir. 10-24-07)*................................................................ *37*

*United States v. Lopez,*

   *2007 U.S. App. LEXIS 25225 (9th Cir. 2007)* ...................................................................... *34*

*United States v. Mason,*

   *2002 U.S. App. LEXIS 10994 (5th Cir. 6-10-02)*................................................................. *49*

*United States v. McCoy,*

   *215 F.3d 102 (D.C. Cir. 2000)* ........................................................................................... *32*

*United States v. McCoy,*

   *410 F.3d 124; 2005 U.S. App. LEXIS 10372 (3rd Cir. 2005)* .............................................. *9, 11*

*United States v. Nahodil,*

   *36 F.3d 323 (3rd Cir. 1994)* ............................................................................................. *31, 39*

*United States v. O'Conner,*

   *64 F.3d 355 (8th Cir. 1995)* ............................................................................................. *49, 52*

*United States v. Olano,*

   *507 U.S. 725, 735 (1993)* ................................................................................................. *17*

*United States v. Osuna,*

   *189 F.3d 1289, 1294 (10th Cir. 1999)* ............................................................................... *21*

*United States v. Pielago,*

   *135 F.3d 703, 714, n.1 (11th Cir. 1998)* ............................................................................ *21*

*United States v. Ramsey,*

    *323 F. Supp. 2d 27; 2004 U.S. Dist. LEXIS 12462 (D DC 2004)* ...................................... *4, 28*

*United States v. Ramsey,*

    *323 F. Supp. 2d 27; 2004 U.S. Dist. LEXIS 12462 **43-44 (D DC 2004)*................. *31, 33, 45*

*United States v. Reyes,*

    *2002 U.S. App. LEXIS 11411 (5th Cir. 6-12-02)*....................................................... *32*

*United States v. Rivera Pedin,*

    *861 F.2d 1522 (11th Cir. 1988)*........................................................................ *49*

*United States v. Robinson,*

    *2008 U.S. Dist. LEXIS 89889 **4-6 (WD LA 9-16-08)*.................................................. *26, 27*

*United States v. Rodriguez-Razo,*

    *962 F.2d 1418, 1423-24 (9th Cir. 1992)*.................................................................. *21*

*United States v. Rodriguez-Rodriguez,*

    *929 F.2d 747(1st Cir. 1991)*..................................................................................... *1*

*United States v. Rogers,*

    *129 F.3d 76; 1997 U.S. App. LEXIS 29784 (2nd Cir. 1997)*..................................... *3, 12, 24, 25*

*United States v. Russel,*

    *2002 U.S. App. LEXIS 9538 (4th Cir. 5-20-02)*........................................................ *28*

*United States v. Ryan,*

    *964 F. Supp. 526; 1997 U.S. Dist. LEXIS 6987 (D MA 1997)*.................................... *12, 24, 25*

*United States v. Sergio,*

    *934 F.2d 875, 881 (7th Cir. 1991)*........................................................................ *15*

*United States v. Shepard,*

   *322 U.S. App. D.C. 160; 102 F.3d 558 (D.C. Cir. 12-6-96)* ............................................... *35, 42*

*United States v. Smack,*

   *2003 U.S. App. LEXIS 21746 (3rd Cir. 10-24-03)* ................................................................. *20*

*United States v. Soto,*

   *132 F.3d 56, 58 (D.C. Cir. 1997)* ......................................................................... *15, 21*

*United States v. Stephen,*

   *2002 U.S. App. LEXIS 21158 (4th Cir. 10-10-02)* ................................................................. *32*

*United States v. Stout,*

   *2006 U.S. App. LEXIS 5630 (10th Cir. 3-6-06)* ............................................................ *31, 33, 45*

*United States v. Streater,*

   *70 F.3d 1314 (D.C. 1995)* .................................................................................... *30, 39*

*United States v. Stricklin,*

   *290 F.3d 748; 2002 U.S. App. LEXIS 9118 (5th Cir. 5-1-02)* ............................................. *9, 20*

*United States v. Taylor,*

   *139 F.3d 924 (D.C. Cir. 1998)* ................................................................................... *39*

*United States v. Thornton,*

   *2005 U.S. Dist. LEXIS 17164 (ED PA 2005)* ......................................................................... *9*

*United States v. Turner,*

   *2007 U.S. Dist. LEXIS 14874 \*\*18-21 (ND TX 3-2-07)* ............................................. *3, 26, 27*

*United States v. Turner,*

   *2007 U.S. Dist. LEXIS 37844 (ND TX 5-23-07)* ........................................................... *passim*

*United States v. Van Dyke,*

   *14 F.3d 415, 417-424 (8th Cir. 1994)* ................................................................. *4, 28*

*United States v. Villasenor,*

   *114 F.3d 970; 1997 U.S. App. LEXIS 13605 (9th Cir. 1997)* ................................. *3, 12, 23, 25*

*United States v. Wallach,*

   *935 F.2d 445 (2nd Cir. 1991)* ............................................................................... *49*

*United States v. Washington,*

   *1996 U.S. App. LEXIS 24837 (4th Cir. 1996)* ...................................................... *39*

*United States v. White,*

   *371 F. Supp. 2d 378; 2005 U.S. Dist. LEXIS 10355 (WD NY 2005)* ........................ *22, 33*

*United States v. Witherspoon,*

   *231 F.3d 923; 2000 U.S. App. LEXIS 27778*

   *(4th Cir. 11-6-00)* ................................................................................................ *11, 53, 55*

*United States v. Young,*

   *17 F.3d 1201 (9th Cir. 1995)* ............................................................................... *49*

*Wanatee v. Ault,*

   *39 F. Supp. 2d 1164;*

   *1999 U.S. Dist. LEXIS 3520 (N.D. Iowa 3-22-99)* ............................................... *34, 40*

*Washington v. Smith,*

   *219 F.3d 620, 629-31 (7th Cir. 2000)* .................................................................. *10*

*Wiggins v. Smith,*

   *539 U.S. 510; 123 S. Ct. 2527, 2535;*

   *156 L. Ed. 2d 471; 2003 U.S. LEXIS 5014 (2003)* ............................................. *passim*

*Williams v. Taylor,*

    *120 S. Ct. 1495, 1512-16; 2000 U.S. LEXIS 2837, **53-64;*

    *146 L. Ed. 2d 389 (4-18-00)* ............................................................... 18, 19, 20, 28

*Zettlemoyer v. Fulcomer,*

    *923 F.2d 284, 298 (3rd Cir. 1991)* ......................................................................... 2

## Statutes

*18 U.S.C. § 1952(a)(3)* ............................................................................ 22, 41

*18 U.S.C. § 3553(a)* ........................................................................................ 14

*21 U.S.C. § 841(a)(1)* ............................................................................... 50, 51

*21 U.S.C. § 841(b)(1)(A)(viii)* ................................................................. 50, 51

## Other Authorities

*10A C. Wright, A. Miller, & M. Kane,*

    *Federal Practice & Procedure § 2722 at 58-60 (2d ed. 1983)* ................................. 2

*Federal Rule of Criminal Procedure 33* ................................................................. 17

*Judicial Business of the United States Courts, 2007,*

    *Table D4, U.S. District Courts -- Criminal Defendants Disposed of,*

    *by Type of Disposition During the 12-Month Period Ending September 30, 2007*

    *http://www.uscourts.gov/judbus2007/appendices/D04Sep07.pdf* ......................... 12, 23, 34, 42

*Rule 6 of the Rules Governing*

    *Section 2255 Proceedings* ............................................................................ *passim*

*U.S.C.A. Sixth Amendment* ................................................................ 31, 33, 37, 45

*U.S.S.G. § 3E1.1* ........................................................................................ 40, 56